B6A (Official Form 6A) (12/07)

In re   **Luis Vazquez,**   
      **Jane Doe Vazquez**

Case No.   **2:10-bk-23266**

Debtors

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Primary Residence:**<br>**105 N. Pearl Street**<br>**Las Vegas, NV  89110**<br>**1st and 2nd liens** | | - | 53,673.00 | 239,478.00 |
| **1100 9th St., Pomona, CA 91766 \*Investment Property\***<br>**4-Plex Apartment Building** | | - | 235,224.00 | 399,330.00 |
| **1102 9th St., Pomona, CA 91766 \*Investment Property\*** | | - | 0.00 | 0.00 |
| **1104 9th St., Pomona, CA 91766 \*Investment Property\*** | | - | 0.00 | 0.00 |
| **6001 Granada Ave., Las Vegas, NV 89107 \*Investment Property\*** | | - | 71,300.00 | 167,908.00 |
| **Burial Plot in Pomona, CA** | | - | 6,000.00 | 0.00 |
| **1106 9th Street, Pomona, CA 91766 \*Investment Property\*** | Investment Property | - | 0.00 | 0.00 |
| **4751 East Craig, Las Vegas, NV  89115 4-Plex Apartment** | | - | 112,464.00 | 325,458.00 |

|   |   |   |
|---|---:|---|
| Sub-Total > | 478,661.00 | (Total of this page) |
| Total > | 478,661.00 | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **Luis Vazquez,**                                                     Case No.   **2:10-bk-23266**
     **Jane Doe Vazquez**
,
Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on Hand** | - | **700.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods, furnishings and appliances** | - | **1,475.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Clothes** | - | **400.00** |
| 7. | Furs and jewelry. | | **Jewelry: 3 Watches** | - | **50.00** |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **2 guns: (1) Pistol (2) ,22 gu Shotgun** | - | **800.00** |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

                                                                                                     Sub-Total >      **3,425.00**
                                                                          (Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Luis Vazquez,**
      **Jane Doe Vazquez**
                                                              ,
                              Debtors

Case No. __**2:10-bk-23266**__

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                                                               Sub-Total >      **0.00**
                                                                                              (Total of this page)

Sheet __**1**__ of __**2**__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Luis Vazquez,**
     **Jane Doe Vazquez**

Case No. **2:10-bk-23266**

Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Handyman License | - | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Honda CRV Sport 4 WD (Paid off) | - | 11,575.00 |
| | | 1999 Nissan Frontier (Paid off) | - | 1,950.00 |
| | | 1997 Nissan Pickup King Cab (Paid off) | - | 1,250.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Tools of Trade | - | 1,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | 5 Stoves, 5 Fridges furnished in rental properties; 5 dishwashers | - | 1,100.00 |

                                              Sub-Total >    **16,875.00**
                                              (Total of this page)
                                                         Total >    **20,300.00**

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re  **Luis Vazquez,**
      **Jane Doe Vazquez**                                                                                                                                   Case No.  **2:10-bk-23266**
_____,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)    $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)    *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| Primary Residence: 105 N. Pearl Street Las Vegas, NV 89110 1st and 2nd liens | Nev. Rev. Stat. § 21.090(1)(m) | 54,000.00 | 53,673.00 |
| **Cash on Hand** | | | |
| Cash on Hand | Nev. Rev. Stat. § 21.090(1)(z) | 700.00 | 700.00 |
| **Household Goods and Furnishings** | | | |
| Household goods, furnishings and appliances | Nev. Rev. Stat. § 21.090(1)(b) | 1,475.00 | 1,475.00 |
| **Wearing Apparel** | | | |
| Clothes | Nev. Rev. Stat. § 21.090(1)(b) | 400.00 | 400.00 |
| **Furs and Jewelry** | | | |
| Jewelry: 3 Watches | Nev. Rev. Stat. § 21.090(1)(a) | 50.00 | 50.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| 2 guns: (1) Pistol (2) ,22 gu Shotgun | Nev. Rev. Stat. § 21.090(1)(i) | 800.00 | 800.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2006 Honda CRV Sport 4 WD (Paid off) | Nev. Rev. Stat. § 21.090(1)(f) | 11,575.00 | 11,575.00 |
| 1999 Nissan Frontier (Paid off) | Nev. Rev. Stat. § 21.090(1)(f) | 1,950.00 | 1,950.00 |
| 1997 Nissan Pickup King Cab (Paid off) | Nev. Rev. Stat. § 21.090(1)(z) | 300.00 | 1,250.00 |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| Tools of Trade | Nev. Rev. Stat. § 21.090(1)(d) | 1,000.00 | 1,000.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| 5 Stoves, 5 Fridges furnished in rental properties; 5 dishwashers | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | 1,100.00 |
| | Total: | 72,250.00 | 73,973.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                  Best Case Bankruptcy