Exhibit "A"
## PROPERTY APPRAISALS

**Real Property Owned by Luis Vazquez:**

**Primary Residence located at:**
105 N. Pearl Street                                        $53,673.00
Las Vegas, NV  89139

**Investment Property:**

1100 E. 9th Street (4Plex Apartment)                      $235,224.00
Pomona, CA  91766

4751 E. Craig Rd. (4Plex Apartment)                       $112,464.00
Las Vegas, NV  89115

6001 Granada Avenue                                        $71,300.00
Las Vegas. NV  89107

                                                          _____
                                                          $472,661.00

# EXHIBIT "B"

**Leases and Executory Contracts to be Assumed**:

| Lessors | Address of Property | Lease Contract Date | (1) Security/Key Deposits (2) Rental Deposit (3) Rental Income per Lease Agreement (4) Admin. Fee/Credit Application (5) Cleaning Deposit |
|---|---|---|---|
| Vacant (Tenant was evicted in 8/2010; debtor is owed $2600 in delinquent rent). | 4751 E. Craig Rd. #D Las Vegas, NV 89115 | 9/5/09 | (1) $0 (2) $0 (3) $650.00* (4) $0 (5) $0 |
| Arturo Ocelet and Angelina Gutierrez | 1100 E. 9th Street, Pomona, CA | 7/1/08 | (1) $0 (2) $300.00 (3) $750.00 (4) $0 (5) $0 |
| Maribel Ramirez | 1104 E. 9th Street, Pomona, CA | 7/1/10 | (1) $0 (2) $300.00 (3) $775.00 (4) 0 (5) 0 |
| Antonio Alvarez | 1102 E. 9th Street, Pomona, CA | 7/1/08 | (1) $0 (2) $300.00 (3) $700.00 (4) $0 (5) $0 |
| Schawanna Rhodes | 4751 E. Craig Rd. #B, Las Vegas, NV 89115 | 5/1/2010 | (1) $0 (2) $300.00 (3) $650.00 (4) $0 (5) $0 |
| Sabrina Smith | 4751 E. Craig Rd. #C, Las Vegas, NV 89115 | 2/19/2009 | (1) 0 (2) $300.00 (3) $650.00 (4) $0 (5) $0 |
| Alvaro Canay Martha Martinez | 4751 E. Craig Rd. #A, Las Vegas, NV 89115 | 3/1/2010 | (1) $0 (2) $300.00 (3) $600.00 (4) $0 (5) $0 |
| Tommy Jones Dejuan Dixon | 6001 Granada St. Las Vegas, NV 89115 | 8/1/2010 | (1) $0 (2) $500.00 (3) $1,100.00 (4) $0 (5) $0 |

| Renter has not yet signed lease | 1106 E. 9th Street, Pomona, CA | 10/6/2010 | (1) $0<br>(2) $500.00<br>(3) $1,100.00<br>(4) $0<br>(6)  0<br>(7)  0 |
|---|---|---|---|
| | | Total Deposits | $2,800.00 |
| | | Total Rents | $6,975.00 |